IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY CASE NO: |
| DANIELA C. NIXON, ) | 13-02585-TOM-7 |
| ) | |
| Debtor. ) | |
| ) | |
| JAMES G. HENDERSON, TRUSTEE, ) | |
| ) | |
| Plaintiff. ) | |
| ) | ADVERSARY PROCEEDING NO.: |
| vs. ) | 13-112 |
| ) | |
| AMALIA V. MUDREAC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter came before the Court on the Trustee/Plaintiff's Motion for Summary Judgment.

### FINDINGS OF FACT

This adversary proceeding is based on a claim by the Trustee that there were payments made to Amalia V. Mudreac, the Defendant (within a year of the Debtor's bankruptcy petition being filed), who is the daughter of the Debtor, on funds previously loaned by Ms. Mudreac to the Debtor. The above facts are supported by the affidavits of both the Debtor and Ms. Mudreac.

Ms. Mudreac, who is a creditor of the Debtor, received repayment of the funds she loaned to the Debtor. There are numerous creditors in this case that did not receive repayment, and the law provides a remedy to the Trustee to recover the payments made to a creditor when the other creditors did not get paid. That is the basis of the Trustee's lawsuit and upon which this judgment is entered.

### CONCLUSIONS OF LAW

Based upon the evidence as set out above it appears that the Trustee/Plaintiff is entitled to a judgment in his favor and against the Defendant, Amalia V. Mudreac, for the sum of $12,500.00.

A separate judgment will be entered conforming to this memorandum opinion.
Dated: December 6, 2013

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

This Opinion prepared and submitted,
at the request of the Court, by
William Dennis Schilling
205-328-0464